UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE MERCK & CO., INC. SECURITIES, DERIVATIVE & "ERISA" LITIGATION | MDL No. 1658 (SRC) |
| THIS DOCUMENT RELATES TO THE FOLLOWING INDIVIDUAL ACTION: | Case No. 2:05-cv-01151 (SRC) (CLW) Case No. 2:05-cv-02367 (SRC) (CLW) |
| *AEGON Investment Management B.V., acting jointly with AEGON Custody B.V., et al. v. Merck & Co., Inc., et al.* | Case No. 2:15-cv-00518 (SRC) (CLW) |

### STIPULATION AND [REDACTED] ORDER REGARDING VOLUNTARY DISMISSAL OF CLAIMS ASSERTED BY PLAINTIFFS IN THE AEGON ACTION

WHEREAS, on January 23, 2015, Plaintiffs Aegon Investment Management B.V. acting jointly with Aegon Custody B.V.; Kuwait Investment Office, the London Office of Kuwait Investment Authority and the Kuwait Investment Authority acting on behalf of the Government of the State of Kuwait; Transamerica Funds, Transamerica Series Trust and Transamerica Partners Portfolios (collectively, "Plaintiffs") filed an action in this Court (the "Aegon Action") against, among others, Defendants Merck & Co., Inc., Alise S. Reicin, and Edward M. Scolnick (collectively, "Defendants");

WHEREAS, the Aegon Action also named as defendants Raymond V. Gilmartin, Judy C. Lewent, Kenneth C. Frazier, David W. Anstice and Peter S. Kim, which defendants were dismissed with prejudice from the Aegon Action by Order entered April 7, 2015 (Aegon Action Dkt. No. 17);

WHEREAS, on June 21, 2016, the Plaintiffs and Defendants entered into the Confidential Settlement Agreement for the AEGON Action ("Settlement Agreement"), in which

Plaintiffs agreed to dismiss the Aegon Action and all claims asserted against Defendants therein in exchange for consideration as specified in the Settlement Agreement;

WHEREAS, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiffs wish to voluntarily dismiss the Aegon Action and all claims asserted against Defendants therein, with prejudice;

WHEREAS, the Defendants, by and through their counsel, have agreed to Plaintiffs' request to voluntarily dismiss the Aegon Action and all claims asserted against Defendants therein, with prejudice;

WHEREAS, each party has agreed to bear its own fees and costs with regard to the Aegon Action and all claims asserted therein;

Case 2:15-cv-00518-SRC-CLW   Document 74   Filed 06/28/16   Page 2 of 4 PageID: 3503

IT IS HEREBY STIPULATED AND AGREED, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, and upon the stipulation and agreement of Plaintiffs and Defendants, by and through their respective counsel, that the Aegon Action and all claims asserted by Plaintiffs against Defendants therein are hereby DISMISSED with prejudice.

**STIPULATED AND AGREED:**

Dated: June 24, 2016

CRAVATH, SWAINE & MOORE LLP

By: _____
Evan R. Chesler
Robert H. Baron
Karin A. DeMasi
Worldwide Plaza
825 Eighth Avenue
New York, NY 10019-7475
(212) 474-1000

**PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**
Theodore V. Wells Jr.
Brad S. Karp
Daniel J. Kramer
Jaren Janghorbani
1285 Avenue of the Americas
New York, New York 10019
(212) 373-3000

**HUGHES HUBBARD & REED LLP**
Charles W. Cohen
James C. Fitzpatrick
One Battery Park Plaza
New York, New York 10004
(212) 837-6000

*Counsel for Defendants Merck & Co., Inc., and Alise S. Reicin*

GRANT & EISENHOFER, P.A.

By: _____
Jay W. Eisenhofer
Daniel L. Berger
Caitlin M. Moyna
485 Lexington Avenue, 29th Floor
New York, NY 10017
Tel: (646) 722-8500
Fax: (646) 722-8501

Kyle J. McGee
123 Justison Street
Wilmington, DE 19801
Tel: (302) 622-7000
Fax: (302) 622-7100

*Counsel for Plaintiffs in the Aegon Action*


SCHULTE ROTH & ZABEL LLP

By: _____
Martin L. Perschetz
William H. Gussman, Jr.
Cara David
919 Third Avenue
New York, NY 10022
(212) 756-2000

*Counsel for Defendant Edward M. Scolnick*

SO ORDERED

_____, 2016

_____
Hon. Stanley R. Chesler
United States District Judge